IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN C. ASKEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 4:17-cv-00772-DDN |
| ) | |
| LINCOLN COUNTY SHERIFF'S OFFICE, ) | **JURY TRIAL DEMANDED** |
| MISSOURI, , ) | |
| ) | |
| Defendant. ) | |

## COURT MEMORANDUM

COMES NOW Plaintiff John C. Askey, by and through his undersigned counsel, and informs the Court with the consent of the Defendant that the parties have reached a settlement and request this Court pass the case for settlement:

LAW OFFICES OF TED F. FRAPOLLI

By:  /s/ Ted F. Frapolli
Ted F. Frapolli, #MO26873 / #FED10480
1714 Deer Tracks Trail, Suite 200
St. Louis, MO 63131
314-993-4261 phone
314-993-3367 fax
ted@tffrapollilaw.com
*Attorneys for Plaintiff John C. Askey*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served via the Court's Electronic Filing System on this 24th day of January, 2018 on:

D. Keith Henson, #31988
Paul, Camazine & Blumenthal
165 North Meramec Ave., Suite 110
Clayton (St. Louis), MO 63105
khenson@pcblawfirm.com
*Attorneys for Defendant*

      /s/ Ted F. Frapolli