IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN C. ASKEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.:      4:17-CV-00772-DDN |
| v. | ) | |
| | ) | |
| LINCOLN COUNTY SHERIFF'S OFFICE, | ) | |
| MISSOURI, and | ) | |
| JOHN & JANE DOES LINCOLN COUNTY | ) | |
| SHERIFF'S OFFICE, MISSOURI, | ) | |
| EMPLOYEES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff John C. Askey ("Plaintiff"), by and through counsel, and Defendant Lincoln

County Sheriff's Office, Missouri ("Defendant"), by and through counsel, hereby stipulate and

agree that the above-captioned case is dismissed with prejudice, with Plaintiff to be responsible

for and pay the costs and  attorney fees incurred by the Plaintiff in this case and Defendant to be

responsible for and pay the costs and attorney fees incurred by the Defendant in this case.

Respectfully submitted,

THE LAW OFFICES OF TED F. FRAPOLLI


By:/s/ Ted. F. Frapolli
          Ted F. Frapolli, #MO26873 / #FED10480
          1714 Deer Tracks Trail, Suite 200
          St. Louis, MO  63131-1872
          Telephone:  (314) 993-4261
          Facsimile:   (314) 993-3367
          ted@tffrapollilaw.com
          Attorney for Plaintiff John C. Askey

PAULE, CAMAZINE & BLUMENTHAL, P.C.
 *A Professional Corporation*


By:/s/ D. Keith Henson
D. Keith Henson, #31988MO
165 North Meramec Ave., Suite 110
Clayton (St. Louis), MO  63105
Telephone:  (314) 727-2266
Facsimile:  (314) 727-2101
khenson@pcblawfirm.com
Attorney for Defendant Lincoln County
Sheriff's Office, Missouri